Robert V. Cornish, Jr.
**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Wyoming Attorney No.: 6-3898
680 South Cache Street, Suite 100
Jackson, WY 83001
Office: (307) 264-0535
Email: rcornish@rcornishlaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CASSANDRA MORSS, <br><br> Plaintiff, <br><br> v. <br><br> ONE TIME BINARY, INC., and SARAH ASHLEY NORRIS a/k/a "JANE DOE 1," <br><br> Defendants. | Civil Action No. 2:2023-cv-00151 |

## PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE BRIEF EXCEEDING PAGE LIMIT

Plaintiff Cassandra Morss moves this Court for leave to file her brief in support of her proposed Ex Parte Motion for Alternative Service that exceeds the 10-page limit set by Local Rule 7.1(b)(1)(C). Plaintiff's proposed brief is 13 pages, exceeding the page limit by 3 pages. Defendant One Time Binary, Inc. ("OTB") has no known headquarters or physical office location, no valid mailing address, and does not have a listed president, secretary, treasurer, or agent appointed to accept service. With respect to Defendant Sarah Ashley Norris a/k/a Jane Doe 1 ("Norris"), Plaintiff believes this name is an alias for a scam artist of an unknown location who peddled OTB to Plaintiff. Plaintiff has also been unable to serve Norris. Plaintiff seeks the excess pages to explain her prior attempts to serve Defendants with process and justify the three alternative forms of service it seeks permission to serve Defendants through.

Dated: October 25, 2023

                                             Respectfully Submitted,

                                             */s/ Robert V. Cornish, Jr.*
                                             Robert V. Cornish, Jr.
                                             Wyoming Attorney No.: 6-3898
                                             **LAW OFFICES OF ROBERT V. CORNISH JR., P.C.**
                                             680 South Cache Street, Suite 100
                                             Jackson, WY 83001
                                             Office: (307) 264-0535
                                             Email: rcornish@rcornishlaw.com

                                             *Counsel for Plaintiff*