**FILED**

8:52 am, 10/31/23

**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CASSANDRA MORSS, | Civil Action No. 2:2023-cv-00151 |
| Plaintiff, | |
| v. | **[ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE AGAINST DEFENDANTS** |
| ONE TIME BINARY, INC., and SARAH ASHLEY NORRIS a/k/a "JANE DOE 1," | |
| Defendants. | |

**THIS MATTER,** having been presented to the Court by the Law Offices of Robert V. Cornish Jr., P.C., counsel for Plaintiff Cassandra Morss, and the Court having reviewed all papers submitted herewith, and good cause having been shown,

**IT IS** on this  31st____ day of _October_____ 2023

**ORDERED** that Plaintiff's Ex Parte Motion for Alternative Service as to Defendants One Time Binary, Inc. and Sarah Ashley Norris a/k/a "Jane Doe 1" is hereby **GRANTED**; and it is further

**ORDERED** that service of process on Defendant One Time Binary, Inc. may be made in this action by providing a copy of the summonses and complaint in email correspondence to support@onetimebinary.com and help@onetimebinary.com, the email addresses listed on Defendant OTB's website, and since Plaintiff provided the documents in this manner on October 19, 2023, and Defendant OTB responded "You can move forward with your lawsuit", and Defendant Norris messaged Plaintiff on Telegram stating "I already received the invitation and accepted" and "Meet in court!", the Court holds that the Plaintiff effectively served both Defendants on that date; and it is further

**ORDERED** that Plaintiff shall serve the summonses and Complaint upon Defendants via their Telegram usernames, @Onetimebinarytrade and @thecryptomediagirl; and it is further

**ORDERED** that Plaintiff shall serve the summonses and Complaint upon Defendants via transfer of Plaintiff's Non-Fungible Token (NFT) to Defendants' Cryptocurrency Wallets, which provides notice of this action and contains a hyperlink directing Defendants to Plaintiff's website; and it is further

**ORDERED** that Plaintiff shall serve the summonses and Complaint upon Defendants via website publication, by posting a copy of same on Plaintiff's designated service notice website appearing at the following URL:  https://otbusalitigation.wixsite.com/http---www-onetimebi; and it is further

**ORDERED** that service of process as directed by this Order, once completed, shall be deemed to be personal service.

**Hon. Kelly H. Rankin**
**Chief Magistrate Judge**