Robert V. Cornish, Jr.
**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Wyoming Attorney No.: 6-3898
680 South Cache Street, Suite 100
Jackson, WY 83001
Office: (307) 264-0535
Email: rcornish@rcornishlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CASSANDRA MORSS,<br><br>Plaintiff,<br><br>v.<br><br>ONE TIME BINARY, INC., and SARAH ASHLEY NORRIS a/k/a "JANE DOE 1,"<br><br>Defendants. | Civil Action No. 2:2023-cv-00151 |

## CERTIFICATE OF SERVICE

I, Robert V. Cornish, Jr., PC, counsel for Plaintiff Cassandra Morss ("Plaintiff"), certify that the Summonses and Complaint were served upon Defendants (i) via e-mail correspondence to support@onetimebinary.com and help@onetimebinary.com on October 19, 2023; (ii) via Telegram at the username @Onetimebinarytrade_Support on November 22, 2023; and (iii) via transfer of Plaintiff's Non-Fungible Token (NFT) to Defendants' cryptocurrency wallet on January 11, 2024, which provided notice of this action and contained a hyperlink directing Defendants to Plaintiff's designated service website at https://otbusalitigation.wixsite.com/http---www-onetimebi.

Dated: January 23, 2024

                                                          Respectfully Submitted,

                                                          /s/ *Robert V. Cornish, Jr.*

Robert V. Cornish, Jr.
Wyoming Attorney No.: 6-3898
**LAW OFFICES OF ROBERT V. CORNISH JR., P.C.**
680 South Cache Street, Suite 100
Jackson, WY 83001
Office: (307) 264-0535
Email: rcornish@rcornishlaw.com


*Counsel for Plaintiff*

2