Robert V. Cornish, Jr.
**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Wyoming Attorney No.: 6-3898
680 South Cache Street, Suite 100
Jackson, WY 83001
Office: (307) 264-0535
Email: rcornish@rcornishlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CASSANDRA MORSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONE TIME BINARY, INC., and SARAH ASHLEY NORRIS a/k/a "JANE DOE 1,"<br><br>　　　　Defendants. | Civil Action No. 2:2023-cv-00151 |

**<u>DECLARATION OF ROBERT V. CORNISH IN SUPPORT OF PLAINTIFF'S MOTION</u>**

**<u>FOR DEFAULT JUDGMENT AGAINST DEFENDANTS</u>**

　　　　Robert V. Cornish, Jr., being duly sworn, declares and states that:

　　1.　　I am over 18 years of age and am not a party to this action.

　　2.　　I have personal knowledge of the facts stated herein, and if called to testify, I could and would competently testify to the same.

　　3.　　I am an attorney and managing shareholder of the Law Offices of Robert V. Cornish, Jr., P.C. My business address is 680 South Cache Street, Suite 100, P.O. Box 12200, Jackson, WY 83001. I make this declaration in support of Plaintiffs' Motion for Default Judgment Against Defendants ("Motion").

4. Plaintiff and counsel for Plaintiff entered into a percentage-of-recovery agreement with Plaintiff for 25% of any damages award or settlement figure.

5. I have over 29 years of practice specializing in financial services litigation and have successfully prosecuted prior cases to judgment.

6. This action was filed on August 25, 2023. Plaintiff expended $402 in costs to pay the filing fee, which is reflected on the docket. *See* Docket Text for ECF No. 1.

7. On or about September 14, 2023, I directed my staff to coordinate with a process server to serve the Complaint [ECF No. 1] and Summons [ECF No. 5] on Defendants. Plaintiff expended $190 in costs in connection with service fees. True and correct copies of the invoices are attached hereto as **Exhibit 1**.

8. As part of ongoing efforts to locate, identify, and serve Defendants, I further directed my staff to coordinate with process servers to serve Subpoenas on third-party communication service providers RingCentral, GoTo, and Nextiva. Plaintiff expended $275 in costs in connection with service fees. True and correct copies of the invoices are attached hereto as **Exhibit 2**.

9. Counsel for Plaintiff further spent $552 in Bitcoin to generate an NFT for alternative service in accordance with the Court's order.

I declare under penalty of perjury that the following is true and correct.

Executed this 25th day of March, 2024 at Memphis, Tennessee.

_____
Robert V. Cornish, Jr.