# EXHIBIT 1

**Rhino Investigations and Process Serving**
421 Grand Avenue Suite A
South San Francisco, CA 94080

INVOICE: 9579075
Issued: Sep 14, 2023
Sent to: Kathy Lai

*PAID*

**Law Offices of Robert V. Cornish, Jr., PC**
Kathy Lai
680 South Cache Street Suite 100
Jackson, WY 83001

**PAY TO:**
**Rhino Investigations and Process Serving**
**421 Grand Avenue Suite A**
**South San Francisco, CA 94080**

| | | | |
|---|---|---|---|
| Case: | 2:23-cv-00151-KHR | **Plaintiff / Petitioner:** | Cassandra Morss |
| Job: | 9579075 | **Defendant / Respondent:** | One Time Binary, Inc., et al. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service Of Process | San Mateo RE One Time Binary Inc | $95.00 | 1 | $95.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Sep 14, 2023 | klai@rcornishlaw.com Paid Online<br>Payment ID: ch_3NqMGhC8bqYcZPph1Xe7oGne | ($95.00) |

Thank you for your business.
Due Upon Receipt.

Total: $95.00
Amount Paid: ($95.00)
**Balance Due:** **$0.00**

Rhino Investigations and Process Serving   •   421 Grand Avenue Suite A, South San Francisco, CA 94080

Call: 833-922-6742 833-711-3400   •   Email: info@lllegalassistance.com

**Rhino Investigations and Process Serving**
421 Grand Avenue Suite A
South San Francisco, CA 94080

INVOICE: 9579098
Issued: Sep 14, 2023
Sent to: Kathy Lai

**PAID**

**Law Offices of Robert V. Cornish, Jr., PC**
Kathy Lai
680 South Cache Street Suite 100
Jackson, WY 83001

**PAY TO:**
**Rhino Investigations and Process Serving**
421 Grand Avenue Suite A
South San Francisco, CA 94080

| | | | |
|---|---|---|---|
| **Case:** | 2:23-cv-00151-KHR | **Plaintiff / Petitioner:** | Cassandra Morss |
| **Job:** | 9579098 | **Defendant / Respondent:** | One Time Binary, Inc., et al. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service Of Process | San Mateo RE Sarah Ashley Norris | $95.00 | 1 | $95.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Sep 14, 2023 | klai@rcornishlaw.com Paid Online<br>Payment ID: ch_3NqMI9C8bqYcZPph1SBHRms3 | ($95.00) |

Thank you for your business.
Due Upon Receipt.

Total: $95.00
Amount Paid: ($95.00)
**Balance Due: $0.00**

Rhino Investigations and Process Serving  •  421 Grand Avenue Suite A, South San Francisco, CA 94080

Call: 833-922-6742 833-711-3400  •  Email: info@lllegalassistance.com