# EXHIBIT 2

**Rhino Investigations and Process Serving**
421 Grand Avenue Suite A
South San Francisco, CA 94080

INVOICE: 9729116
Issued: Oct 10, 2023
Sent to: Kathy Lai

**Law Offices of Robert V. Cornish, Jr., PC**
Kathy Lai
680 South Cache Street Suite 100 P O Box 12200
Jackson, WY 83001

PAID

| PAY TO: |
| --- |
| **Rhino Investigations and Process Serving** |
| 421 Grand Avenue Suite A |
| South San Francisco, CA 94080 |

| Case: | 2:23-cv-00151-KHR | **Plaintiff / Petitioner:** | Cassandra Morss |
| --- | --- | --- | --- |
| Job: | 9729116 | **Defendant / Respondent:** | One Time Binary, INc., et al. |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Service Of Process | Belmont RE RingCentral, Inc. | $120.00 | 1 | $120.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Oct 10, 2023 | klai@rcornishlaw.com Paid Online<br>Payment ID: ch_3NzoItC8bqYcZPph0fehNyDX | ($120.00) |

Thank you for your business.
Due Upon Receipt.

Total: $120.00
Amount Paid: ($120.00)
**Balance Due:** **$0.00**

Rhino Investigations and Process Serving  •  421 Grand Avenue Suite A, South San Francisco, CA 94080

Call: 833-922-6742 833-711-3400  •  Email: info@lllegalassistance.com

# INVOICE

**BOSTON PROCESS SERVER, LLC**
**P.O. BOX 230261**
**BOSTON, MA 02123**

| Invoice # | Terms | Invoice Date |
|---|---|---|
| #23641 | Due on receipt | 10/12/2023 |

**Bill To**

LAW OFFICES OF OF ROBERT V. CORNISH, JR.,
680 SOUTH CACHE STREET
SUITE 100
JACKSON, WY 83001

| Account # | Ref # | Amt Due |
|---|---|---|
| 23-2158 | 2:23-cv-00151-KHR | $75.00 |

*Detach this Stub and Return with your Payment*

| BOSTON PROCESS SERVER, LLC | ACCOUNT ACTIVITY |
|---|---|
| **Description** | **Fee for Service** |
| Cassandra Morss v. One Time Binary, Inc., and Sarah Ashley Norris a/i/a "Jane Doe 1"<br><br>Case No.  2:23-cv-00151-KHR<br>Documents:  Subpoena to Produce Documents, Information, or Obvjects or to Permit Inspection of Premises in a Civil Action;<br>Serve to:  GoTo Inc., GoTo Connect: Attn:  Legal Department<br><br>Completed Personal Service to Yessenia Ladaverde,Front Desk Administrator as authorized to accept service on October 10, 2023 at 1:26 pm<br>at 333 Summer Stret, Boston, MA 02210<br>by Cynthia Paris, Process Server | 75.00 |
| Thank you for your business.    **Total** | $75.00 |

Boston Process Server, LLC
P.O. Box 230261
Boston,  MA  02123

Phone:  617-480-8777
Fax:  877-617-0006

www.bostonprocessserver.com

admin@bostonprocessserver.com

Invoice #         #23641



Arizona Quick Serve
9393 N 90th St #121
Scottsdale, AZ 85258 United States
craig@azprocess.com | 480-314-5050

Invoice #9738394

Issue date
Oct 31, 2023

# 9738394-Nextiva, Inc

We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Kathy | PDF created November 1, 2023 | Due October 31, 2023 |
| klai@rcornishlaw.com | $80.00 | $80.00 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Routine SERVICE Nextiva, Inc | 1 | $80.00 | $80.00 |
| Subtotal | | | $80.00 |
| **Total Paid** | | | **$80.00** |

**Payments**

Nov 1, 2023 (American Express 1076)                                                            $80.00



**View online**

To view your invoice go to https://squareup.com/u/IVUYR4en

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1